**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VERTICAL AVIATION NO. 1 LLC,<br><br>             Plaintiff,<br><br>       v.<br><br>THE GOVERNMENT OF THE REPUBLIC OF TRINIDAD AND TOBAGO,<br><br>             Defendant. | Civil No. 1:18-cv-7754 |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff Vertical Aviation No. 1 LLC ("Vertical Aviation"), by its undersigned attorneys, makes the following corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Vertical Aviation is an indirect wholly owned subsidiary of General Electric Company, a publicly held corporation. There is no other publicly held corporation that owns 10% or more of Vertical Aviation's stock.

Dated: August 24, 2018
New York, New York

                                              */s/ Shawn J. Rabin*
                                              William Christopher Carmody (WC8478)
                                              Shawn J. Rabin (SR6546)
                                              Stephen Shackelford, Jr. (SS3310)
                                              Halley W. Josephs (HJ1108)
                                              SUSMAN GODFREY L.L.P.
                                              1301 Avenue of the Americas, 32nd Floor
                                              New York, NY 10019-6023
                                              Tel.: 212-336-8330
                                              Fax: 212-336-8340
                                              bcarmody@susmangodfrey.com
                                              srabin@susmangodfrey.com
                                              sshackelford@susmangodfrey.com
                                              hjosephs@susmangodfrey.com

                                              *Attorneys for Plaintiff Vertical Aviation No. 1 LLC*